IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 22-01 PO |
| ) | |
| DAVID HODGES, ) | |
| ) | |
| Defendant. ) | |

## MISDEMEANOR INFORMATION

The United States Attorney for the District of Delaware charges that:

*Background*

1. On March 27, 2020, the President of the United States declared the ongoing COVID-19 pandemic to be an emergency under Section 501(b) of the Robert T. Stafford Disaster Relief and Emergency Assistance Act.

2. On December 11, 2020, the Food and Drug Administration issued the first Emergency Use Authorization for a COVID-19 vaccine in people aged 16 years and older.

3. According to the Centers for Disease Control and Prevention ("CDC"), one of the major operation components of the United States Department of Health and Human Services, COVID-19 vaccines help develop immunity to the virus that causes COVID-19.

4. COVID-19 vaccines are distributed to the various states and territories through the CDC. The states and territories then manage administration of the vaccines to the population. As a general matter, administration of the vaccines was initially rolled out in phases based on age and risk factors for COVID-19.

5. As of May 12, 2021, everyone 12 years of age and older is eligible to receive a vaccine. Vaccines are widely available at no cost.

FILED

JAN - 3 2022

U.S. DISTRICT COURT DISTRICT OF DELAWARE

6. According to the CDC, everyone who receives a vaccine should receive a vaccination card at their first appointment. The vaccination card tells the vaccinated individual what COVID-19 vaccine was received, the date it was received, and where the vaccine was administered.

7. COVID-19 vaccination cards are white and contain the CDC insignia in the upper right-hand corner. In addition to the information described above, the vaccination cards list the lot number of the vaccine received. The lot number is an alphanumeric key that refers to a specific batch of vaccines. The lot number enables tracking of the vaccine for various purposes, including expiration.

8. As the COVID-19 pandemic has persisted, many municipalities, schools and companies require proof of vaccination in order to participate in activities. Such requirements have increased demand for fraudulent vaccination cards.

*Allegations*

9. At all times relevant to this Information, the defendant, David HODGES, ("HODGES") was a paramedic in Lewes, Delaware.

10. As part of his duties as a paramedic, HODGES worked at a site in Dover, Delaware where COVID-19 vaccinations were administered.

11. Beginning on or about February 22, 2021, HODGES devised a plan to obtain COVID-19 vaccination cards for the purpose of selling the cards to individuals who did not receive the vaccine.

12. HODGES initially printed blank vaccination cards at home from the Nebraska Department of Health and Human Services website. Eventually, once he gained access to a vaccine administration site, HODGES took blank vaccination cards from the site he worked as a

paramedic and used them to create fraudulent proof of vaccination cards for various individuals who, in fact, had not been vaccinated.

13. Once a buyer was identified, HODGES would use that individual's address to look up vaccination sites near that person's residence in order to obtain legitimate lot numbers for the COVID-19 vaccines being administered in that area. HODGES would then fill out the vaccination card using those lot numbers and the person's date of birth.

14. HODGES then mailed the fraudulent vaccination cards.

15. In exchange for delivering the vaccination cards, HODGES received a fee. The fee varied in amount, but HODGES ultimately generated approximately $1,300.00 from the sale of fraudulent vaccination cards.

## COUNT ONE

From on or about February 22, 2021 through on or about June 21, 2021, in the District of Delaware and elsewhere, defendant DAVID HODGES did manufacture, sell, and possess badges, identification cards, and insignia, and colorable imitations thereof, of a design prescribed by the head of the United States Department for Health and Human Services, a department of the United States, for use by any officer or employee thereof, to wit, the CDC insignia, without being so authorized under regulations made pursuant to law.

In violation of Title 18, United States Code, Section 701.

DAVID C. WEISS
UNITED STATES ATTORNEY

By: */s/ Briana Knox*
Briana Knox
Assistant United States Attorney

Dated: December 22, 2021