# DEFENDANT INFORMATION SHEET

**TO:** Clerk, U.S. District Court    [ ] Felony    [ ] Class A Misdemeanor

**DEFENDANT:** David Hodges    [ ] Indictment    [X] Information

**DOB (Year Only):** 1991    **COUNTY OF OFFENSE:** Kent

## OFFENSE(S) & CITATION(S):    MAXIMUM PENALTIES:

| OFFENSE(S) & CITATION(S) | MAXIMUM PENALTIES |
|---|---|
| Title 18, United States Code, Section 701 | Six months of imprisonment; a $5,000 fine; one year of supervised release; and a $10 special assessment |
| REDACTED | |

## INSTRUCTIONS

[ ] Order to Produce for Arraignment on:    at 1:00 p.m.

[ ] Issue Arrest Warrant upon signing of Order

[X] Issue Summons for Initial Appearance on:    at

[ ] Interpreter Needed    Language

## DEFENDANT INFORMATION

Defendant's Address:

City: Lewes    County: Sussex    State: DE    Zip: 19958

Date of Arrest:    Date of 1st Appearance in this District

Bail Set:    Date Made:    Remains in Federal Custody [ ]

/s/ Briana Knox
Assistant United States Attorney

FILED
JAN - 3 2022
U.S. DISTRICT COURT DISTRICT OF DELAWARE